THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number:   119926
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8561
   Facsimile: (213) 894-7819
   Email: jon.klinck@usdoj.gov

E-FILING 03/10/08
**JS-6**

Attorneys for Defendants UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), JANE ARELLANO, Director of USCIS' Los Angeles Office, EMILIO GONZALEZ, Director of USCIS, MICHAEL CHERTOFF, Secretary of Homeland Security and MICHAEL B. MUKASEY, Attorney General[1]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HASAN HABIB,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); JANE ARELLANO, Director of USCIS' Los Angeles Office; EMILIO GONZALEZ, Director of USCIS; MICHAEL CHERTOFF, Secretary of Homeland Security and MICHAEL B. MUKASEY, Attorney General,<br><br>   Defendants. | Case No. CV 06-8110 PSG (PJWx)<br><br>[PROPOSED] JUDGMENT<br><br>The Honorable Philip S. Gutierrez |

    The Motion for Judgment on the Pleadings, or in the alternative, Summary Judgment, filed by defendants UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"), JANE ARELLANO, Director of USCIS' Los Angeles District Office, EMILIO GONZALES, Director of USCIS,

---

[1] Attorney General Michael B. Mukasey is automatically substituted for former Attorney General Alberto Gonzales pursuant to Fed. R. Civ. P. 25(d).

MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and MICHAEL B. MUKASEY, Attorney General ("Defendants") was decided by the Court without a hearing pursuant to Fed. R. Civ. P. 78 and Local Rule 7-15. The Court issued a December 11, 2007 Order dismissing the above-entitled action with prejudice. Based on the December 11, 2007 Order,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants and against plaintiff Hasan A. Habib.

DATED: March 10, 2008

PHILIP S. GUTIERREZ
_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

         /s/
_____
JONATHAN B. KLINCK
Assistant United States Attorney

Attorneys for Defendants